IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | 3:22-cr-55 |
| vs. | : | Michael J. Newman |
| **BEYENE T. GOITAM,** | : | **INFORMATION**<br>7 U.S.C. § 2024(b) |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT 1
## [7 U.S.C. § 2024(b)]

Beginning on or about October 18, 2021 and continuing through on or about March 30, 2022, while in the Southern District of Ohio and elsewhere, the defendant **BEYENE T. GOITAM**, did knowingly, fraudulently and unlawfully acquire, possess and use Supplemental Nutrition Assistance Program (SNAP) electronic benefit transfer (EBT) devices as defined by 7 U.S.C. § 2012(a) and (i), each having a value in excess of $100, in a manner not authorized by 7 U.S.C., Chapter 51 and the associated regulations issued pursuant to 7 C.F.R. §§ 271-285), in that he knowing and unlawfully accepted SNAP benefits on behalf of the Agler Market, located in southern Ohio an authorized food store in payment for cash, wherein he subsequently used said unauthorized SNAP EBT devices to purchase bulk food items at other southern Ohio area retail establishments in order to re-stock the inventory of the Agler Market.

In violation of 7 U.S.C. § 2024(b).

KENNETH L. PARKER
United States Attorney

DWIGHT K. KELLER (0074533)
Assistant United States Attorney